UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REMOI CAMPBELL,

      Petitioner,

v.                                          Case No.:  2:25-cv-825-SPC-NPM

MARTIN A. FITZPATRICK,

      Respondent.

_____/

### OPINION AND ORDER

Before the Court is Petitioner Remoi Campbell's § 2241 Habeas Corpus Petition (Doc. 1).  Campbell is a prisoner of the Florida Department of Corrections following a 2017 conviction for aggravated battery.  He regularly files frivolous papers containing immaterial and nonsensical statements.  His latest habeas petition—inexplicably directed against a United States magistrate judge—is no exception.  Even under the most liberal reading, nothing in Campbell's petition could be read as an arguable ground for habeas relief.  Because Campbell is clearly not entitled to habeas relief based on any claim in the petition, the Court will dismiss it.  *See* Section 2254 Rule 4 ("If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition[.]").

## DENIAL OF CERTIFICATE OF APPEALABILITY

A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253(c)(1). Rather, a district court must first issue a certificate of appealability (COA). "A [COA] may issue…only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a petitioner must demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (*quoting Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller–El v. Cockrell*, 537 U.S. 322, 335–36 (2003) (citations omitted). Campbell has not made the requisite showing here and may not have a certificate of appealability on his petition.

Accordingly, it is now **ORDERED:**

Petitioner Remoi Campbell's § 2241 Habeas Corpus Petition (Doc. 1) is **DISMISSED with prejudice**. The Clerk is **directed** to terminate any pending deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida, on September 19, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record